[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Ames v. Portage Cty. Bd. of Commrs.*, Slip Opinion No. 2022-Ohio-4663.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4663

THE STATE EX REL. AMES, APPELLANT, *v.* PORTAGE COUNTY BOARD OF COMMISSIONERS, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Ames v. Portage Cty. Bd. of Commrs.*, Slip Opinion No. 2022-Ohio-4663.]**

*Court of appeals' judgment affirmed on the authority of* Ames v. Rootstown Twp. Bd. of Trustees.

(No. 2021-1153—Submitted December 23, 2022—Decided December 27, 2022.)

APPEAL from the Court of Appeals for Portage County,

Nos. 2020-P-0088 and 2020-P-0089, 2021-Ohio-3178.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Ames v. Rootstown Twp. Bd. of Trustees*, __ Ohio St.3d __, 2022-Ohio-4605, __ N.E.3d __.

O'CONNOR, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

KENNEDY, J., dissents for the reasons set forth in Part I(B) of her dissenting opinion in *Rootstown*.

_____

Brian M. Ames, pro se.

Victor V. Vigluicci, Portage County Prosecuting Attorney, and Timothy J. Piero, Assistant Prosecuting Attorney, for appellee.

_____